No. 95–26. MARKMAN ET AL. *v.* WESTVIEW INSTRUMENTS, INC., ET AL. C. A. Fed. Cir. Motion of American Board of Trial Advocates for leave to file a brief as *amicus curiae* granted. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 9, 1995. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 8, 1995. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 28, 1995. This Court's Rule 29.2 does not apply.

No. 95–83. MEGHRIG ET AL. *v.* KFC WESTERN, INC. C. A. 9th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 9, 1995. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 8, 1995. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 28, 1995. This Court's Rule 29.2 does not apply.

SEPTEMBER 28, 1995

No. 94–2100. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 1269 *v.* VIKMAN ET AL. Sup. Ct. Colo. Certiorari dismissed under this Court's Rule 46.1.